# THE LAW OFFICE OF STEPHEN J. NATOLI
## 110A MEADOWLANDS PARKWAY, SUITE 101
## SECAUCUS, NEW JERSEY 07094
**\*Email: stephen@sjnlawyer.com \* Phone: 201-470-3215 \* Fax: 201-907-1308\***

December 29, 2025

**Via Pacer & E-Mail (*rosemarie_olivieri@njd.uscourts.gov*)**
The Honorable Michael E. Farbiarz, U.S.D.J.
Unites States District Court - District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

**RE: United States of America v. Tyree Malone**
**2:24-mj-8131-13**

Dear Judge Farbiarz,

The undersigned respectfully requests an adjournment of the sentencing currently scheduled for March 19, 2026. This request is made in consultation with the United States Probation Office, which joins in the request.

The need for adjournment arises from circumstances outside the control of the defense. Mr. Malone's presentence interview had been properly scheduled and confirmed with the Essex County Jail, and all parties, including the United States Probation Office, were prepared to proceed. On the scheduled interview date, the parties were advised by jail officials that an unexpected, unspecified, security issue occurred at the jail, and Mr. Malone was not produced. As a result, the interview could not take place.

Because the presentence interview must now be rescheduled, the United States Probation Office will require additional time to complete and submit the Presentence Investigation Report for the Court's review. An adjournment is therefore necessary to ensure that the interview is conducted and that the resulting report is prepared in a thorough and orderly manner.

Additionally, the requested adjournment will benefit the defendant. Counsel has identified and interviewed a mitigation specialist, Dianna Nain-Bradley, whose involvement will assist in the preparation and presentation of mitigation relevant to sentencing. Adequate time is required for this work to be completed and incorporated appropriately. Given the above, the undersigned respectfully requests that the matter be listed for a June or July date. [*]

The Government has been advised of this request and does not object.

Respectfully,

/s/ *Stephen J. Natoli*
STEPHEN J. NATOLI, ESQ.

**SO ORDERED**.

_Michael E. Farbiarz_
Michael E. Farbiarz, U.S.D.J.
Date: 12/30/2025

*Sentencing rescheduled to June 17, 2026 at 10:00 am.